UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENVIRONMENTAL DEFENSE FUND,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>    Defendant. | Civil Action No. 25-03059 (ACR) |

## **JOINT STATUS REPORT**

Plaintiff, Environmental Defense Fund ("EDF" or "Plaintiff") and Defendant the United States Environmental Protection Agency (the "Agency" or "Defendant") submit this status report pursuant to the Court's December 15, 2025 Minute Order, regarding FOIA Request No. 2025-EPA-07992 which was originally submitted to the Agency by EDF on August 1, 2025.

1.    On January 20, 2026, EPA released the first production to EDF, 13 responsive records totaling 348 pages. EPA made its second production on February 24, 2026. On March 24, EPA produced 83 responsive records, totaling 5,481 pages, and communicated to EDF that approximately 10 records are still undergoing interagency consultation. EPA anticipates that by April 30, 2026, it will complete its final production or receive an update on the consult pages.

2.    The Parties will confer on any questions EDF has regarding specific documents or the response itself.

3.    As set forth in Section 5(d) of the Court's Standing Order, the parties agree to submit a joint status report every thirty days. The parties agree to submit the next report by May 6, 2026.

Dated: April 6, 2026

/s/ Lynn Eisenberg
Daniel F. Jacobson (D.C. Bar 1016621)
Lynn D. Eisenberg (D.C. Bar 1017511)
John Robinson (D.C. Bar 1735989)
JACOBSON LAWYERS GROUP PLLC
5100 Wisconsin Avenue NW, Suite 301
Washington DC, 20016
(301) 823-1148
lynn@jacobsonlawyersgroup.com

 /s/ Erin Murphy
ERIN MURPHY (Bar ID D00532)*
Environmental Defense Fund
555 12th St. NW, Suite 400
Washington, D.C. 20004
Telephone: (202) 572-3525
E-mail: emurphy@edf.org
*Practicing pursuant to D.C. Ct. App. Rule
49(c)(3)

Counsel for Environmental Defense Fund
Fund

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:    /s/ Amanda L. Torres
    AMANDA L. TORRES
    D.C. Bar No. 1562702
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2507
    Amanda.Torres@usdoj.gov

Attorneys for the United States of
America

2