UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENVIRONMENTAL DEFENSE FUND,<br><br>Plaintiff,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant. | Civil Action No. 25-03059 (ACR) |

**JOINT STATUS REPORT**

Plaintiff, Environmental Defense Fund ("EDF" or "Plaintiff") and Defendant the United States Environmental Protection Agency (the "Agency" or "Defendant") submit this status report pursuant to the Court's December 15, 2025 Minute Order, regarding FOIA Request No. 2025-EPA-07992 which was originally submitted to the Agency by EDF on August 1, 2025.

1. On January 20, 2026, EPA released the first production to EDF, 13 responsive records totaling 348 pages. EPA made its second production on February 24, 2026. On March 24, EPA produced 83 responsive records, totaling 5,481 pages, and communicated to EDF that approximately 10 records are still undergoing interagency consultation. On May 13, 2026, EPA issued its final production of records.

2. As noted in the parties' August 11, 2026 status report, EDF communicated to EPA its intention to challenge certain withholdings and redactions. The parties have narrowed the dispute to three records. While the parties will continue to confer to determine whether issues can be further narrowed, at this time the parties propose the following briefing schedule:

- Defendant's motion for summary judgment: October 15, 2026

- Plaintiff's opposition/cross-motion: October 29, 2026
- Defendant's opposition/reply: November 12, 2026
- Plaintiff's reply: November 19, 2026

Dated: August 25, 2026

*/s/ John Robinson*
Daniel F. Jacobson (D.C. Bar 1016621)
Lynn D. Eisenberg (D.C. Bar 1017511)
John Robinson (D.C. Bar 1735989)
JACOBSON LAWYERS GROUP PLLC
5100 Wisconsin Avenue NW, Suite 301
Washington DC, 20016
(301) 823-1148
lynn@jacobsonlawyersgroup.com

*/s/ Erin Murphy*
ERIN MURPHY (Bar ID D00532)*
Environmental Defense Fund
555 12th St. NW, Suite 400
Washington, D.C. 20004
Telephone: (202) 572-3525
E-mail: emurphy@edf.org
**Practicing pursuant to D.C. Ct. App. Rule 49(c)(3)*

*Counsel for Environmental Defense Fund Fund*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Amanda L. Torres*
AMANDA L. TORRES
D.C. Bar No. 1562702
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2507
Amanda.Torres@usdoj.gov

*Attorneys for the United States of America*