# Exhibit 1

EDF v. EPA 25-cv-03059

| Control Number | File Type | File Name | Relativity Image Count | FOIA Exemption |
|---|---|---|---|---|
| ED_019565A_00000175 | Adobe Acrobat (PDF) | DOE_Report_Impacts of Carbon Dioxide Emissions on the U.S. Climate_5.27.25.pdf | 145 | Ex. 5 - Deliberative Process (DPP) |
| ED_019565A_00020455 | Microsoft Word 2016 | References.docx | 14 | Ex. 5 - Deliberative Process (DPP) |
| ED_019565A_00000197 | Microsoft Word 2016 | Final Vehicle Rule DRIA EO12866.docx | 60 | Ex. 5 - Deliberative Process (DPP) |
| ED_019565A_00000010 | Microsoft Word 2016 | DRAFT Indianapolis Event Remarks.docx | 11 | Ex. 5 - Deliberative Process (DPP) & Ex. 5 - Attorney Client (ACP) |