# Exhibit 2

Message

**From**: Fisher, Travis [travis.fisher@hq.doe.gov]
**Sent**: 7/22/2025 4:19:03 AM
**To**: Clark, Jeffrey B..Sr. EOP/OMB **Ex. 6 Personal Privacy (PP)** Szabo, Aaron [Szabo.Aaron@epa.gov]
**CC**: Dankert, Charlie [charlie.dankert@hq.doe.gov]; Cohen, Seth [seth.cohen@hq.doe.gov]
**Subject**: Ex. 5 Deliberative Process (DP)
**Attachments**:

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Hi Jeff and Aaron,

Attached please find **Ex. 5 Deliberative Process (DP)** **Ex. 5 Deliberative Process (DP)** I'm happy to help with any remaining steps—just let me know what you need.

Best,
Travis